JOHN H. BRINK  BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CV 11-07678 -PA (MANx) |
| Plaintiff, ) | |
| ) | ORDER GRANTING STIPULATION TO CONSENT JUDGMENT |
| v. ) | |
| MICHAEL MULVANEY, ) | |
| Defendant. ) | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, MICHAEL MULVANEY, as to claim one, in the total amount of $15,023.34; as to claim two the total amount of $6,627.10 and as to claim three the total amount of $51,657.78 for a total judgment amount of $73,308.22.

Dated: May 9, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1